UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL GARCIA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THREE A'S REAL ESTATE DEVELOPMENT LLC,<br><br>　　　　Defendant. | Case No. 2:24-cv-07807-SB-BFM<br><br>ORDER TO SHOW CAUSE RE LACK OF PROSECUTION |

　　　Plaintiff filed his complaint against Three A's Real Estate Development LLC on September 12, 2024.  On September 19, 2024, Plaintiff served Defendant.  *See* Dkt. No. 11.  Defendant failed to timely respond, and Plaintiff has not sought entry of default against Defendant.  Plaintiff is ORDERED TO SHOW CAUSE, in writing, no later than October 25, 2024, why his claims should not be dismissed for lack of prosecution.  No oral argument on this matter will be heard unless otherwise ordered by the Court.  See Fed. R. Civ. P. 78; Local Rule 7-15.

　　　The Court will consider as an appropriate response to this order to show cause (OSC) the filing, on or before October 25, 2024, of an application for entry of default under Federal Rule of Civil Procedure 55(a).  The filing of such an application shall result in the automatic discharge of this OSC without further order.  Failure to timely respond to the OSC will be deemed consent to the dismissal without prejudice of Plaintiff's claims.

Date: October 15, 2024

　　　　　　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge